UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **HOWARD HUGHES LAND CO INC** | **CASE NO. 2:24-CV-00661** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ATLANTIC RICHFIELD CORP** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 20] of the Magistrate Judge, recommending that the Motion to Remand [doc. 12] filed by Plaintiff, Howard Hughes Land Co., Inc., be granted and that the incorporated motion for attorney fees and costs be denied.

Having considered the Report and Recommendation, and determining after a de novo review and consideration of the objections that the findings are correct under the applicable law,

The court hereby **ORDERS** that Plaintiff's Motion to Remand [doc. 12] be **GRANTED** and the instant case be **REMANDED** to the state court from which it was removed. The incorporated motion for attorney fees [doc. 12] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 17th day of April, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**